No. 879. Meseck Towing & Transportation Co. et al. *v.* Baker et al;

No. 880. Same *v.* Smith-Murphy Co., Inc.; and

No. 881. Same *v.* Ryan et al.   April 30, 1934.   Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Robert S. Erskine* for petitioners.   *Messrs. Anthony V. Lynch, John W. Crandall,* and *Horace L. Cheyney* for respondents.

No. 882. Amchanitzky *v.* Sinnott.   April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Nathan Amchanitzky, pro se.*   *Solicitor General Biggs, Assistant Attorney General Blair,* and *Mr. H. Brian Holland* for respondent.

No. 890. Eaton, Collector of Internal Revenue, *v.* Harwood.   April 30, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Solicitor General Biggs* for petitioner.   *Mr. Henry F. Parmelee* for respondent.

No. 891. Helvering, Commissioner of Internal Revenue, *v.* Western Union Telegraph Co.   April 30, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Solicitor General Biggs* for petitioner.   *Mr. Francis R. Stark* for respondent.

No. 900. Fiske et al. *v.* Missouri et al.   April 30, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Messrs. G. A.*